## Affidavit in Support of Complaint

I, Gabriel Santiago, being duly sworn, depose and state:

## Introduction

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico and have been so employed since 2020. I am an investigative or law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. As a Special Agent, my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, customs, immigration and other related offenses.

2. I have attended the Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center in Glynco, Georgia. I was trained in conducting investigations related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC).

3. Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4. The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, state, and local law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint charging Jey GONZALEZ-Diaz with violating of 31 U.S.C. § 5322(a) (Criminal Penalties) as GONZALEZ-Diaz knowingly violated 31 U.S.C. § 5316(a), as he attempted to circumvent monetary reporting requirements when traveling to the United States from a place outside the United States.

### Facts in Support of Probable Cause

5. On September 7, 2025, Homeland Security Investigations (HSI) Homeland Security Task Force (HSTF)-Border Enforcement Security Task Force (BEST) responded to the Port of San Juan-Cruise Port, Pier 4 regarding a call from Customs and Border Protection(CBP) Officers, associated to an individual who jumped off the Royal Caribbean Cruise Ship Rhapsody of the Seas (Voyage 15434), during disembarkation. HSI Agents arrived at the Port of San Juan-Cruise Port, Pier 4 at approximately 1030am. During an Interview with CBP officers, it was revealed that an individual, later identified to be Jey GONZALEZ - Diaz, jumped off the Rhapsody of the Seas Cruise Ship and into the ocean during disembarkation and the CBP Inbound inspection process at approximately 9:15am. In the ocean, two passing jet-ski's took GONZALEZ-Diaz to shore. GONZALEZ-Diaz was found near the Puerto Rico Capitol Building (Puerto Rico Congressional Building) and detained by CBP officers at approximately 9:45 am. Below are screenshots from Security Footage provided to CBP regarding the incident.

 

6. CBP Officers found in the possession of GONZALEZ-Diaz, $14,600 in United States currency, one (1) backpack, One (1) handbag, two (2) mobile devices and five (5) identification documents. The United States Currency was found inside the backpack. These identification documents were a Tennessee Identification Card a United States Passport, a Social Security Card, a Puerto Rico Birth Certificate and a Royal Caribbean Boarding Card. The Tennessee Identification card and Puerto Rico Birth Certificate were bearing the name "Jeremy Omar Gonzalez-Diaz. The United States Passport and Social Security card were bearing the name "Jey Xander Omar Gonzalez Diaz". The Royal Caribbean boarding card was under the name "Jeremy Diaz".

7. Upon review with Royal Caribbean, the detained individual was booked under the name "Jeremy Diaz" and had a $16,710.24 debt with the cruise line. This debt was almost exclusively associated to Casino and Gaming expenses, billed to "Jeremy Diaz". The individual embarked form the Port of San Juan on August 31st. Before arriving to the Port of San Juan on September 7th, Rhapsody of the Seas departed from Barbados. The

    individual used the Tennessee Identification card bearing Jeremy Diaz as his means to board the cruise ship.

8. GONZALEZ-Diaz was taken to the CBP Office located at the Panamerican Dock for further processing. While being processed by CBP, GONZALEZ-Diaz was asked why he jumped off the ship and responded, "he did not want to report the currency on his possession because he thought he was going to be taxed duties for bring in the currency" ( stated in his native language-Spanish.)

9. Puerto Rico State record checks confirmed GONZALEZ-Diaz's (Jay Xander Omar GONZALEZ-Diaz) identity, as it had matched the name and DOB reflected on the United States Passport. The social security number reflected in state record checks matched the number on the social security card found in his possession

10. Record checks indicated that a Jeremy Omar Gonzalez-Diaz, DOB:12/17/2002, has been in federal custody since January 2025 and is currently in the Metropolitan Detention Center (MDC)-Guaynabo, Bureau of Prisons (BOP) facility. CBP officers asked GONZALEZ-Diaz. "Who is Jeremy", GONZALEZ-Diaz responded, "my brother".

11. At approximately 12:42pm. HSI agents attempted to interview GONZALEZ-Diaz. GONZALEZ-Diaz refused to speak with HSI agents. When Agents asked GONZALEZ-Diaz for his full name, he stated "If you guys were good at your job, you would know that".

12. The $14,600 found on GONZALEZ-Diaz was administratively seized by CBP on September 7, 2025.

## CONCLUSION

13. Based on the foregoing facts and circumstances, your affiant submits that probable cause exists to believe that Jey GONZALEZ-Diaz committed violations of 31 U.S.C. § 5322(a) (Criminal Penalties). GONZALEZ-Diaz knowingly violated 31 U.S.C. § 5316(a), as he attempted to circumvent monetary reporting requirements when traveling to the United States from a place outside the United States.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

GABRIEL E SANTIAGO
Digitally signed by GABRIEL E SANTIAGO
Date: 2025.09.07 18:59:33 -04'00'

_____
Gabriel Santiago
Special Agent
Homeland Security Investigations

Sworn and subscribed to me in accordance with the requirements of FRCP 4.1 this seventh day of September, 2025 in San Juan, Puerto Rico. at 7:19 pm

_____
Hon. Héctor L. Ramos-Vega
United States Magistrate Judge
District of Puerto Rico